# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2537
L.T. Case No. 2020-DR-001255

_____

ELIZABETH MARIE COLLINS,

Appellant,

v.

SEAN CHRISTOPHER COLLINS,

Appellee.

_____

Nonfinal appeal from the Circuit Court for St. Johns County.
Christopher Scott Ferebee, Judge.

Elizabeth Collins, Palm Coast, pro se.

No Appearance for Appellee.

April 14, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and LAMBERT and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————